E-FILED
Wednesday, 20 December, 2006 10:33:59 AM
Clerk, U.S. District Court, ILCD

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
GENE SUTTON

**SEALED**

## WARRANT FOR ARREST

Case Number: 06-7243

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___GENE SUTTON___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

possession of 50 or more grams of cocaine base ("crack"), a Schedule II Controlled Substance, with the intent to distribute it, in violation of 21 U.S.C. § 841(a)(1) and carried a firearm during and in relation to a drug trafficking crime,

**FILED**
DEC 20 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

in violation of Title __18__ United States Code, Section __924(c)__

| David G. Bernthal | s/David G. Bernthal |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 12/15/2006  Urbana, Illinois |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

St. Anne, IL

| DATE RECEIVED 12/18/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/18/06 | S/A Christopher Hoyt - DEA | [signature] |