UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JAN - 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 07-200 09 |
| | ) | |
| GENE SUTTON JR., | ) | Title 21, United States Code, |
| | ) | Section 841(a)(1) & (b)(1)(A)(iii); |
| | ) | Title 18, United States Code, |
| Defendants. | ) | Section 924(c). |

INDICTMENT

COUNT 1

**THE GRAND JURY CHARGES:**

On or about December 14, 2006, in Kankakee County, in the Central District of Illinois,

**GENE SUTTON JR.,**

defendant herein, did knowingly distribute fifty grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(iii).

COUNT 2

**THE GRAND JURY CHARGES:**

On or about December 14, 2006, in Kankakee County, in the Central District of Illinois,

**GENE SUTTON JR.,**

defendant herein, did knowingly possess fifty grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the

intent to distribute it.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(iii).

## COUNT 3

**THE GRAND JURY CHARGES:**

On or about December 14, 2006, in Kankakee County, in the Central District of Illinois,

**GENE SUTTON JR.,**

defendant herein, did knowingly carry a firearm, namely, a Smith & Wesson, nine millimeter semi-automatic pistol, during and in relation to the crimes of distribution of fifty grams or more of cocaine base ("crack") as charged in Count 1 and possession with intent to distribute fifty grams or more of cocaine base ("crack") as charged in Count 2.

In violation of Title 18, United States Code, Section 924(c)

A TRUE BILL.

s/Foreperson

FOREPERSON

s/John Childress  for

RODGER A. HEATON
United States Attorney

ELM