E-FILED
Wednesday, 10 January, 2007 03:44:54 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff ) | |
| ) | |
| ) | CASE NO. **07-20009-01** |
| ) | |
| **GENE SUTTON, JR.** ) | |
| Defendant ) | |

### SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:00 P.M.** on **MARCH 2, 2007** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **MARCH 12, 2007** before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 10th day of January, 2007.

    s/   David G. Bernthal
_____
DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE