AO 458 (Rev. 10/95) Appearance

E-FILED
Tuesday, 23 January, 2007 04:26:26 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

**APPEARANCE**

Case Number: 07-20009 / 06-MJ-07242

**FILED**
JAN 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_Gene Sutton, Jr._

I certify that I am admitted to practice in this court.

_1/23/07_
**Date**

_[signature]_
**Signature**

_Michael K. Obernesser_    _6275628_
**Print Name**    **Bar Number**

_53 W. Jackson Blvd. #709_
**Address**

_Chicago_    _IL_    _60604_
**City**    **State**    **Zip Code**

_312-427-9131_    _312-427-9130_
**Phone Number**    **Fax Number**