UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO: 07-2009 |
| GENE SUTTON, | ) |
| Defendant. | ) |

### DEFENDANT, GENE SUTTON'S MOTION TO FILE SUBSTITUTE APPEARANCE

NOW COMES the defendant, GENE SUTTON, and requests this Honorable Court to grant leave to MICHAEL OBERNESSER to withdraw appearance and to grant leave to STANLEY L. HILL & ASSOCIATES, P.C. and STANLEY L. HILL to enter appearance on behalf of the defendant. A Substitution of Attorneys signed by Michael Obernesser, Stanley L. Hill and Gene Sutton is attached as Exhibit A.

Respectfully submitted,

/s/ Stanley L. Hill

STANLEY L. HILL & ASSOCIATES, P.C.
10 South LaSalle, Suite 1301
Chicago, Illinois 60603
(312) 917-8888

**NOTICE OF A CHANGE OF ADDRESS EFFECTIVE FEBRUARY 28, 2007**
New Address:
STANLEY L. HILL & ASSOICTES, P.C.
561 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
(312) 917-8888

02/23/2007  17:13    3127819401

2:07-cr-20009-MPM-DGB    # 12-2    Page 1 of 1

PAGE 01/01

**E-FILED**
Friday, 23 February, 2007 05:47:16 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | NO:   07-20009 |
| GENE SUTTON, ) | |
| Defendant. ) | |

## SUBSTITUTION OF ATTORNEYS

I, Michael Obernesser, of 53 East Jackson Boulevard, Suite 709, Chicago, Illinois, do hereby withdraw my appearance previously filed on behalf of the Defendant, GENE SUTTON.

_____
Michael Obernesser

I, Stanley L. Hill, of Stanley L. Hill & Associates, P.C., 10 South LaSalle Street, Suite 1301, Chicago, Illinois 60603, hereby enter my appearance and the appearance of Stanley L. Hill & Associates, P.C. on behalf of the Defendant, GENE SUTTON.

_____
Stanley L. Hill

I, GENE SUTTON, Defendant, hereby appear, waive notice, and consent to the withdrawal of Michael Obernesser as my attorney and to the appearance of Stanley L. Hill, of Stanley L. Hill & Associates, P.C. as my attorney.

_____
Gene Sutton

STANLEY L. HILL & ASSOCIATES, P.C.
10 South LaSalle Street, Suite 1301
Chicago, Illinois 60603
(312) 917-8888

