UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO: 07-20009 |
| ) | |
| **GENE SUTTON,** ) | |
| ) | |
| Defendant. ) | |

TO: EUGENE L. MILLER
    Assistant U.S. Attorney
    201 South Vine
    Urbana, Illinois 61801

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on February 23, 2007, the undersigned caused to be filed with the Clerk of the United States District Court for the Central District of Illinois, Defendant, Gene Sutton's Motion to File Substitute Appearance.

/s/ Stanley L. Hill

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 23, 2007, he electronically filed this Certificate of Service along with the foregoing Defendant, Gene Sutton's Motion to File Substitute Appearance with the Clerk of the Court via the CM/ECF e-filing system which sent electronic notification of the filing the same day to the above-addressed persons, and by mailing a true and correct copy of those listed above at their respective address by depositing same in the U.S. Mail chute at 10 South LaSalle Street, Chicago, Illinois 60603, on February 23, 2007, with proper postage prepaid.

/s/ Stanley L. Hill

STANLEY L. HILL & ASSOCIATES, P.C.
10 South LaSalle Street, Suite 1301
Chicago, Illinois 60603
(312) 917-8888
**NOTICE OF A CHANGE OF ADDRESS EFFECTIVE FEBRUARY 28, 2007**
New address:
STANLEY L. HILL & ASSOCIATES, P.C.
561 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
(312) 917-8888