# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. CR07-20009 |
| | ) | |
| GENE SUTTON, | ) | Honorable Michael P. McCuskey |
| | ) | Judge Presiding |
| Defendant. | ) | |

To: Eugene L. Miller, Assistant United States Attorney-Central District of Illinois, Urbana Federal Building and U.S. Courthouse, 201 South Vine Street, Suite 226 Urbana, Illinois 61802-3369

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 4, 2007, the undersigned caused to be filed with Clerk of the United States District Court for the Central District of Illinois, Defendant's Pretrial Motions, a copy of which is attached and served upon you.

/s/Stanley L. Hill

## CERTIFICATE OF SERVICE

Stanley L. Hill, an attorney, certifies that he caused a copy of this Notice of Filing and Defendant's Pretrial Motions to be personally served on the above Assistant United States Attorney on June 4, 2007.

/s/Stanley L. Hill

STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard Suite 205
Chicago, Illinois 60661
T. (312) 917-8888
F. (312) 781-9401
E. stanhill@core.com
W. stanhilllaw.com