E-FILED
Friday, 22 June, 2007 06:02:48 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. CR07-20009 |
| | ) | |
| GENE SUTTON, | ) | Honorable Michael P. McCuskey |
| | ) | Judge Presiding |
| Defendant. | ) | |

## EMERGENCY MOTION FOR TEMPORARY FURLOUGH FROM CUSTODY OF DEWITT COUNTY JAIL TO PERMIT DEFENDANT TO OBTAIN MEDICAL TREATMENT FOR ACNE KELOIDALIS NUCHAE AT A MEDICAL FACILITY EQUIPPED TO PROVIDE TREATMENT FOR DEFENDANT'S DISEASE.

NOW COMES defendant, GENE SUTTON, by and through his attorneys, STANLEY L. HILL and YELENA DOLGOSHEEVA, and moves this Honorable Court to grant defendant a temporary furlough from the custody of the DeWitt County Jail to permit defendant to obtain medical treatment for Acne Keloidalis Nuchae at a medical facility equipped to provide treatment for defendant's disease.

In support of this emergency motion defendant states the following.

1. Defendant is currently housed in the custody of the Dewitt County Jail in Clinton, Illinois while awaiting disposition of the charges currently pending in this court.

1

2. Defendant suffers from Acne Keloidalis Nuchae. Acne Keloidalis Nuchae (AKN) refers to the occurrence of keloidlike papules and plaques on the occipital scalp and the posterior part of the neck, almost exclusively in African American men.

3. Defendant's AKN is on the posterior part of his neck and occipital scalp. They are keloidlike lesions with discharging sinuses, which have enlarged and multiplied, forming into several large plaques that are painful and disfiguring. Because defendant has not received proper medical treatment and therapy, the lesions have continued to enlarge and coalesce, and new ones have appeared. The older lesions with abscesses and sinuses emit an odorous discharge and bleed. The defendant suffers constant pain, headaches, and has difficulty sleeping. The lesions bleed, causing an unsanitary environment for both the defendant and fellow inmates. More papules appear and enlarge as defendant's disease progresses. The following is a photograph showing AKN, similar to defendant's.



4.	On or about May 18, 2007, defendant was transported by the U.S. Marshall to Associates Dermatologists in Bloomington, Illinois, and there examined and told that his condition was too severe for treatment by a dermatologist and that plastic surgery and skin grafts are required to treat the disease.

5.	Defendant was also told that the ointments administered by the jail medical staff were inappropriate and had caused his condition to worsen.

6.	Defendant was told he needed to see a plastic surgeon to treat his disease.

WHEREFORE, defendant requests a temporary furlough from the custody of the DeWitt County Jail to permit him to obtain medical treatment for Acne Keloidalis Nuchae at a medical facility equipped to provide treatment for defendant's disease.

Respectfully submitted,

/s/ Stanley L. Hill
/s/ Yelena Dolgosheeva

STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard Suite 205
Chicago, Illinois 60661
T. (312) 917-8888
F. (312) 781-9401
E. stanhill@core.com
W.stanhilllaw.com

3