# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. CR07-20009 |
| ) | |
| GENE SUTTON, ) | Honorable Michael P. McCuskey |
| ) | Judge Presiding |
| Defendant. ) | |

To: Eugene L. Miller, Assistant United States Attorney-Central District of Illinois, Urbana Federal Building and U.S. Courthouse, 201 South Vine Street, Suite 226 Urbana, Illinois 61802-3369

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 22, 2007, the undersigned caused to be filed with Clerk of the United States District Court for the Central District of Illinois, Defendant's Emergency Motion For Temporary Furlough From Custody of DeWitt County Jail To Permit Defendant To Obtain Medical Treatment For Acne Keloidalis Nuchae At A Medical Facility Equipped To Provide Treatment For Defendant's Disease, a copy of which is attached and served upon you.

/s/ Stanley L. Hill
/s/ Yelena Dolgosheeva

## CERTIFICATE OF SERVICE

Stanley L. Hill, an attorney, certifies that he caused a copy of the foregoing Notice of Filing and Defendant's Emergency Motion For Temporary Furlough From Custody of DeWitt County Jail To Permit Defendant To Obtain Medical Treatment For Acne Keloidalis Nuchae At a Medical Facility Equipped To Provide Treatment For Defendant's Disease, to be electronically filed with the Clerk of the Court for the Central District of Illinois Urbana Division via the CM/ECF e-filing system which sent electronic notification of the filing the same day to

the above-captioned persons and via U.S. Mail on 22nd day of June, 2007.

/s/ Stanley L. Hill
/s/ Yelena Dolgosheeva


STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard Suite 205
Chicago, Illinois 60661
T. (312) 917-8888
F. (312) 781-9401
E. stanhill@core.com
W. stanhilllaw.com