E-FILED
Friday, 29 June, 2007   04:37:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-20009 |
| ) | |
| GENE SUTTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This matter is before the court on Defendant's Emergency Motion for Temporary Furlough from Custody of DeWitt County Jail to Permit Defendant to Obtain Medical Treatment for Acne Keloidalis Nuchae at a Medical Facility Equipped to Provide Treatment for Defendant's Disease (#20) which was filed June 22, 2007. Defendant is currently in the custody of the United States Marshals Service in the DeWitt County Jail pending trial in this court. In his motion, Defendant indicates he requires treatment for acne keloidalis nuchae and has not received proper medical treatment while in custody. On June 28, 2007, the Government filed its Response (#22). This court held a hearing on the motion on June 29, 2007. After hearing the arguments of counsel, the court finds as follows. The court makes no determination as to whether Defendant's condition constitutes a serious medical need. The court merely wants a Federal Bureau of Prisons Medical Facility to examine Defendant and determine what treatment, if any, is necessary.

It is hereby ordered that Defendant Gene Sutton shall be transported by the United States Marshals Service to either the Springfield, Missouri Medical Facility of the Federal Bureau of Prisons or the Lexington, Kentucky Medical Facility of the Federal Bureau of Prisons. The

Marshals Service shall determine which facility can accept Defendant for medical examination and treatment at the earliest possible date.  The Marshals Service is directed to transport Defendant to the chosen medical facility along with Court's Exhibit 1, which this court has placed under seal.  A copy of this exhibit will be provided to the Marshals Service.  Court's Exhibit 1 contains medical information regarding Defendant, the inmate request and grievance form, and the refusal of treatment forms.  The Marshals Service is to provide the chosen medical facility with these documents to allow the facility to be advised of Defendant's medical history while in custody in the DeWitt County jail.  Furthermore, the court finds no just reason why the United States Marshals Service cannot immediately appeal this court's decision if the Marshals Service determines it is aggrieved by this order.  Otherwise, the court expects the Marshals Service to transport Defendant to the chosen medical facility as soon as reasonably practicable.

Accordingly, Defendant's Emergency Motion for Temporary Furlough from Custody of DeWitt County Jail to Permit Defendant to Obtain Medical Treatment for Acne Keloidalis Nuchae at a Medical Facility Equipped to Provide Treatment for Defendant's Disease (#20) is GRANTED in part and DENIED in part.  This matter is further set for a telephone status hearing on August 29, 2007, at 10 a.m.  The court directs the Federal Bureau of Prisons to prepare and provide to this court a written report of the medical examination and proposed treatment of Defendant at the earliest convenience of the facility and, if possible, prior to the August 29, 2007, hearing in this matter.

ENTERED this <u>29th</u> day of <u>June</u> , 2007.

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF UNITED STATES DISTRICT JUDGE