E-FILED
Thursday, 12 July, 2007 03:10:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JUL 1 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 07-20009 |
| | ) | |
| GENE SUTTON, | ) | Title 21, United States Code, Section |
| (DOB: xx/xx /1980), | ) | 841(a)(1), (b)(1)(A)(iii), (b)(1)(B)(iii), |
| | ) | & (b)(1)(C); Title 18, United States |
| Defendant. | ) | Code, Section 924(c). |

S U P E R S E D I N G
I N D I C T M E N T

## COUNT 1

**THE GRAND JURY CHARGES:**

On or about November 1, 2006, in Kankakee County, in the Central District of Illinois,

**GENE SUTTON,**

defendant herein, did knowingly distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT 2

**THE GRAND JURY CHARGES:**

On or about November 27, 2006, in Kankakee County, in the Central District of Illinois,

**GENE SUTTON,**

defendant herein, did knowingly distribute five grams or more of a mixture and

substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B)(iii).

## COUNT 3

**THE GRAND JURY CHARGES:**

On or about December 14, 2006, in Kankakee County, in the Central District of Illinois,

**GENE SUTTON,**

defendant herein, did knowingly distribute fifty grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(iii).

## COUNT 4

**THE GRAND JURY CHARGES:**

On or about December 14, 2006, in Kankakee County, in the Central District of Illinois,

**GENE SUTTON,**

defendant herein, did knowingly possess five grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B)(iii).

## COUNT 5

**THE GRAND JURY CHARGES:**

On or about December 14, 2006, in Kankakee County, in the Central District of Illinois,

**GENE SUTTON,**

defendant herein, did knowingly carry a firearm, namely, a Smith & Wesson, nine millimeter semi-automatic pistol, during and in relation to the crimes of distribution of fifty grams or more of cocaine base ("crack") as charged in Count 3 and possession with intent to distribute five grams or more of cocaine base ("crack") as charged in Count 4.

In violation of Title 18, United States Code, Section 924(c)

A TRUE BILL.

s/Foreperson
FOREPERSON

s/John Childress
RODGER A. HEATON
United States Attorney

ELM