**E-FILED**
Wednesday, 29 August, 2007  02:47:59 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07-20009 |
| | ) | |
| GENE SUTTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is set for a hearing on **Tuesday, October 16, 2007, at 10:00 a.m.**, in the U.S. District Court in Urbana, Illinois. The United States Marshal's office is hereby ordered to transport Defendant, Gene Sutton, to an appropriate facility in the Central District of Illinois on a date prior to October 16, 2007, that is agreeable between the Springfield Medical Center in Springfield, Missouri, where the defendant is housed, and the United States Marshal Service.  The United States Marshal's office is further ordered to obtain detailed instructions from the Springfield Medical Center regarding Defendant's medications. The Marshal's office is responsible for assuring that Defendant receives his medications in accordance with the doctor's instructions.

The clerk's office is directed to send a copy of this order to counsel for both parties, the United States Marshal service, and Warden Rod Chandler at the Medical Center for Federal Prisoners, P.O. Box 4000, 1900 W. Sunshine, Springfield, MO 65801-4000.

ENTERED this 29th  day of August, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE