AO 187 (Rev. 7/87) Exhibit and Witness List

E-FILED
Friday, 19 October, 2007  03:01:20 PM
Clerk, U.S. District Court, ILCD

# United States District Court

DISTRICT OF _____

US v. Sutton

EXHIBIT AND WITNESS LIST

CASE NUMBER: 07-20009

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Eugene Miller | Stanley Hill |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-18-07 | Le | AJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | 10-18-07 | ✓ | | Map of controlled buy |
| 2 | | 10-18-07 | ✓ | | photo of Dft — Sutton-Sr. |
| 4 | | 10-18-07 | ✓ | | video |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

US v. no Sutton

EXHIBIT AND WITNESS LIST

CASE NUMBER: 07-20009

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Eugene Miller | Stanley Hill |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-18-07 | LC | SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 10-18-07 | ✓ | ✓ | photo's of 3 vehicles | Gene Sutton Sr. |
| 2 | | 10-18-07 | ✓ | ✓ | Map | Sutton Sr. |
| 3 | | 10-18-07 | ✓ | ✓ | Criminal complaint | Hoyt obj OR |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages