E-FILED
Tuesday, 06 November, 2007 08:21:46 AM
Clerk, U.S. District Court, ILCD

FILED
NOV 5 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

# United States District Court

**Central** DISTRICT OF **Illinois**

USA v. Gene Sutton

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 07-20009

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Eugene Miller | Stanley Hill |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11-5-07 | LC | SD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | 11-5-07 | ✓ | ✓ | road map of Pembroke Area   Bodamer no obj |
| 1B | | | ✓ | ✓ | areal view of Pembroke Township Bodamer no obj |
| 2 | | 11-5-07 | ✓ | ✓ | Booking photo   no obj   Bodamer |
| 3 | | 11-5-07 | ✓ | ✓ | miranda advisements   obj   Bodamer |
| | | | | | |
| 4 | | 11-5-07 | ✓ | ✓ | Video of unmarked car   Martin obj |
| 5A | | 11-5-07 | ✓ | ✓ | Sutton truck   obj |
| 5B | | 11-5-07 | ✓ | ✓ | Sutton truck w/ items on ground   obj Wolfe |
| 5C | | 11-5-07 | ✓ | ✓ | Sutton truck passenger floorboard   Wolfe obj |
| 5D | | 11-5-07 | ✓ | ✓ | Sutton truck drivers side   Wolfe obj |
| 5E | | 11-5-07 | ✓ | ✓ | location where Sutton truck stopped   Powers obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages