# United States District Court

**Central** DISTRICT OF **Illinois**

USA v. Gene Sutton

EXHIBIT AND WITNESS LIST

CASE NUMBER: 07-20029

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Eugene Miller | Stanley Hill |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11-5-07 | LC | SD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | 11-5-07 | ✓ | ✓ | Wolfe Arrest Report — Bodamer (obj) |
| 5 | | 11-5-07 | ✓ | ✓ | 12/14/06 Investigation Report — Bodamer (obj) |
| 6 | | 11-5-07 | ✓ | ✓ | pg 40 of discovery (rpt by Lockwood) Bodamer no ob |
| 7 | | 11-6-07 | ✓ | ✓ | Photo of marked police car — Bodamer no obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages