E-FILED
Tuesday, 20 November, 2007 04:23:20 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 07-CR-20009 |
| **GENE SUTTON,** | ) |
| **Defendant.** | ) |

## ORDER

A hearing was held in this case on November 5, 2007, at which time the Court ordered the U.S. Marshal service to transport defendant Gene Sutton back to the U.S. Medical Center in Springfield, Missouri, for the purpose of re-evaluating and providing an updated medical report on the defendant's medical condition known as acne 1keliodalis nuchae. An additional status conference was also set for December 17, 2007, at 1:15 p.m., by telephone before the undersigned.

IT IS HEREBY ORDERED:

1. That the U.S. Marshal service transport defendant Sutton to the U.S. Medical Center in Springfield, Missouri.

2. That the medical facility provide the Court with an updated medical report and treatment requirements, if any, for defendant's condition known as acne keliodalis nuchae.

The clerk is directed to provide a copy of this Order to counsel for both parties, the United States Marshal service, and Warden Rod Chandler at the Medical Center for Federal Prisoners, P.O. Box 4000, 1900 W. Sunshine, Springfield, MO 65801-4000.

ENTERED this 20th day of November, 2007

s/ Michael P. McCuskey

MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE