**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-CR-20009 |
| ) | |
| GENE SUTTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A hearing was held in this case on December 17, 2007, at which time the Court ordered the U.S. Marshal service to transport defendant Gene Sutton back to the U.S. Medical Center in Springfield, Missouri, for the purpose of re-evaluating and providing an updated medical report on the defendant's medical condition known as acne keloidalis nuchae.

IT IS HEREBY ORDERED as follows:

1. That the U.S. Marshal service transport defendant Sutton to the U.S. Medical Center in Springfield, Missouri, at its <u>earliest</u> opportunity.

2. That the medical facility provide the Court with an updated medical report and treatment requirements, if any, for defendant's condition known as acne keloidalis nuchae.

The clerk is directed to provide a copy of this Order to the United States Marshal service so they may comply with the Order. The Court is sending a copy of this Order with a letter of explanation to Warden Rod Chandler at the Medical Center for Federal Prisoners, P.O. Box 4000, 1900 W. Sunshine, Springfield, MO 65801-4000.

ENTERED this 18th day of December, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE