

CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE  217-373-5837
FACSIMILE  217-373-5855

December 18, 2007

Warden Rod Chandler
United States Medical Center
P.O. Box 4000
1900 W. Sunshine
Springfield, MO 65801-4000

      Re:    <u>United States of America v. Gene Sutton</u>
              U.S. District Court Case No. 07-20009
              Inmate No. 14710-026

Dear Warden Chandler:

      On June 29, 2007, this Court ordered the defendant, Gene Sutton, to be transported to a medical facility to obtain medical treatment for acne keloidalis nuchae. Shortly therafter, defendant Sutton was designated to the U.S. Medical Center in Springfield, Missouri, for a medical examination and appropriate treatment.

      The defendant was transported back to the District in October 2007 for an evidentiary hearing in the above-referenced case before me. Following the completion of the evidentiary hearing on November 5, 2007, I ordered the U.S. Marshal service to transport defendant Sutton back to your facility for an updated medical report and treatment requirements. However, the defendant was never transported back to your facility.

      A status conference was held today regarding Inmate Sutton, and the enclosed Order was issued directing the U.S. Marshal service to transport the defendant back to Springfield, Missouri, for a followup medical report and treatment requirements. Please arrange for the appropriate medical examination and followup report to be performed once Mr. Sutton has been transported to your facility. That report can be mailed to me at the address above.

      If you have any questions or need further information, please do not hesitate to contact me.

                          Sincerely,

                          s/ Michael P. McCuskey

                          Michael P. McCuskey
                          Chief U.S. District Judge

cc:    Ross Spencer, Counselor *(Via Facsimile 417 / 837-1711)*
        AUSA and Defense Counsel