UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. CR07-20009 |
| GENE SUTTON, | ) Honorable Michael P. McCuskey |
| | ) Judge Presiding |
| Defendant. | ) |

To: Eugene L. Miller, Assistant United States Attorney-Central District of Illinois, Urbana Federal Building and U.S. Courthouse, 201 South Vine Street, Suite 226, Urbana, Illinois 61802-3369

### NOTICE OF FILING

PLEASE TAKE NOTICE that on February 11, 2008, the undersigned caused to be filed with Clerk of the United States District Court for the Central District of Illinois, defendant's Memorandum In Support Of Motion To Suppress Evidence, a copy of which is attached and served upon you.

/s/ Stanley L. Hill

### CERTIFICATE OF SERVICE

Stanley L. Hill, an attorney, certifies that he caused a copy of the foregoing Notice of Filing and defendant's Memorandum In Support Of Motion To Suppress Evidence, to be electronically filed with the Clerk of the Court for the Central District of Illinois, Urbana Division via the CM/ECF e-filing system which sent electronic notification of the filing the same day to the above person and via U.S. Mail on the 11th day of February, 2008.

/s/ Stanley L. Hill

STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard Suite 205
Chicago, Illinois 60661
T. (312) 917-8888
F. (312) 781-9401
E. stanhill@core.com
W. stanhilllaw.com