**E-FILED**
Monday, 31 March, 2008  04:57:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
    vs.                            )  Docket No. 07-20009
                                   )
GENE SUTTON,                       )  Honorable Michael P. McCuskey,
            Defendant.             )  Chief U.S. District Judge

TO: Eugene L. Miller, Assistant United States Attorney – Central District
    of Illinois, Urbana Federal Building and U.S. Courthouse, 201 South
    Vine Street, Suite 226 Urbana, Illinois 61802-3369

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 31, 2008, the undersigned caused to be
filed with Clerk of the United States District Court for the Central District of Illinois,
Defendant's Reply to Government's Response to Defendant's Memorandum in Support
of Motion to Suppress Evidence, a copy of which is attached and served upon you.

/s/ Stanley L. Hill
/s/ Yelena Dolgosheeva

## CERTFICATE OF SERVICE

Stanley L. Hill, an attorney, certifies that he caused a copy of the foregoing
Notice of Filing and Defendant's Reply to Government's Response to Defendant's
Memorandum in Support of Motion to Suppress Evidence, to be electronically filed with
the Clerk of the Court for the Central District of Illinois Urbana Division via the
CM/ECF e-filing system which sent electronic notification of the filing the same day to
the above-captioned person and via U.S. Mail on the 31st day of March, 2008.

/s/ Stanley L. Hill
/s/ Yelena Dolgosheeva

**STANLEY L. HILL & ASSOCIATES, P.C.**
651 West Washington Boulevard Suite 205
T. 312.917.8888
F. 312.781.9401
E. stanhill@corc.com
W.stanhilllaw.com