

CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE  217-373-5837
FACSIMILE   217-373-5855

April 7, 2008

U.S. Medical Center for Federal Prisoners
P.O. Box 4000
1900 W. Sunshine
Springfield, MO 65801-4000

*Attention:*   Dr. Ernesto M. Gapasin, Staff Physician

Re:   Gene Sutton, Jr., Reg. No. 14710-026

Dear Dr. Gapasin:

On December 18, 2007, I directed that Gene Sutton, Jr., be transported to your facility for examination and treatment of scalp keloidalis and infection.

I have now been advised that Mr. Sutton has received plastic surgery for his condition and is presently receiving followup treatment which should be completed in approximately thirty (30) days. This information was given to me by the U.S. Marshal Service who had spoken with Mr. Sutton's case manager at the Springfield, Missouri facility.

Based on this information, I have scheduled Mr. Sutton to be present at the U.S. District Courthouse in Urbana, Illinois, on Friday, June 6, 2008, at 11:00 a.m. I have scheduled his return to the Central District of Illinois based on the information I was given. If Mr. Sutton's treatment will not be completed prior to June 6, 2008, I do not want him transported at that time.

I would greatly appreciate an updated report from you regarding Mr. Sutton's medical status, followup treatment, and the date his treatment will be completed so transportation back to the Central District can be coordinated to occur after his treatment is completed.

Thank you in advance for your assistance and cooperation in resolving this matter.

Sincerely,

s/ Michael P. McCuskey

Michael P. McCuskey
Chief U.S. District Judge

cc:   Eugene Miller, Assistant U.S. Attorney
       Stanley Hill, Esq.
       Debbie Dunn, Case Manager