

U.S. Department of Justice

Federal Bureau of Prisons

*U.S. Medical Center for Federal Prisoners*

---

*1900 W. Sunshine*
*P.O. Box 4000*
*Springfield, MO 65807*

April 24, 2008

The Honorable Michael P. McCuskey
Chief United States District Judge
Central District of Illinois
Urbana Division
318 U. S. Courthouse
201 S. Vine Street
Urbana, IL 61802

Re:  SUTTON, Gene
Reg. No.  14710-026
Case No.  07-20009

Dear Judge McCuskey:

In accordance with your request, as communicated to our clinicians by the attorneys in this case, the enclosed summary provides additional treatment recommendations regarding the above-named defendant.

If you require any additional information or clarification of issues presented in the attached report, our clinicians are available by telephone or video conferencing. If a clinician's presence in court is required, we must request reimbursement for expenses.

If I may be of further assistance in this matter, please do not hesitate to contact me or members of my staff at (417) 862-7041.

Sincerely,

Marty C. Anderson
Warden

Enclosures:
1. Copy for Assistant United States Attorney
2. Copy for Defense Attorney

**U.S. MEDICAL CENTER FOR FEDERAL PRISONERS**
**SPRINGFIELD, MISSOURI**

**TRANSFER SUMMARY**

**SUTTON, Gene Jr.**
Reg. No. 14710-026
April 15, 2008
**WARD: V02**

**REASON FOR ADMISSION:** This 27-year-old black male was admitted to the United States Medical Center for Federal Prisoners (USMCFP), Springfield, Missouri, for re-examination and treatment for scalp keloid.

**SIGNIFICANT FINDINGS:** In August 2007, he was initially evaluated at this institution but had an incomplete work up and was referred back on December 18, 2007, by the United States District Court, Central District of Illinois, for definitive treatment. His past medical history shows he had a history of pneumonia requiring hospitalization years ago. His surgical history involved a gunshot wound to the left leg which healed uneventfully. He has a strong history of coronary artery disease and myocardial disease. His mother suffers from lupus erythematosus. Social history reveals patient does not smoke, drink, and does not have a history of drug abuse. He denies military history. He has no known allergies. He is not on any prescribed medication at this time. He did take Topamax 50 mg twice a day for chronic pain, betadine scrub to wash hair and scalp, Cleocin 300 mg four times daily, and Bactroban ointment 0.02% twice a day to scalp infection. Review of systems was unremarkable. Denies any headaches. Denies any problems with tinnitus, hearing loss, or discharge. Neck - denies any glandular disease. Chest - denies any chronic cough. Neuropsychiatric - denies numbness, tingling, or neurological disease. Denies suicide attempts. Psychological - denies mental complaints. Functional status - denies inability to perform ADLs. Physical examination reveals a well-developed, well-nourished, black male who is alert, cooperative, and no distress. HEENT - revealed normal cranial size. Noted in his occiput are two egg-size masses, hard in consistency, nonfluctuant, and nontender, consistent with large keloids. PERRLA. Nose and throat was clear. Chest - heart, normal sinus rhythm, lungs clear to P & A. Abdomen - benign. Extremities - has good full range of motion. Cranial nerves intact from II - XII. Denies dementia. Denies cognitive deficits. Functional status - able to do activities of daily living.

**TREATMENT RENDERED:** Upon return to USMCFP, Plastic Surgery consultation was made to Dr. Newman, who then proceeded with meticulous excision of the two keloids found in his occiput. His postoperative course was uneventful and wound healing was good. Six weeks after the procedure, Kenalog injection was administered to the wound followed by another injection of steroid three weeks later to prevent recurrence. He was subsequently followed after his successful injections and he was happy with the results of his surgery.

Ernesto M. Gapasin, M.D., Staff Physician                                                        April 15, 2008

SUTTON, Gene Jr.                                                                                              Reg. No. 14710-026

SENSITIVE BUT UNCLASSIFIED

Page 2 - Transfer Summary
USMCFP - Springfield, MO

**FINAL DIAGNOSES:**   Keloid, large, occiput, times two.

**MEDICATIONS:**   Topiramate 25 mg, two tablets by mouth twice daily for chronic pain.

**CONDITION ON DISCHARGE:** Good.

**CARE LEVEL:**   2

**RECOMMENDATIONS (to include Specific Instructions to Patient):**

1. Follow-up care with a plastic surgeon for any recurrent keloid formation in the occiput.
2. Activity as tolerated.
3. Regular diet.
4. Work Status - patient should be able to perform any type of work in the Bureau of Prisons.
5. No special appliances required.
6. Patient is to be returned to the Central District of Illinois per Court Order by Michael P. McCuskey, Chief U.S. District Judge. Patient has a scheduled court appearance at the U. S. District Courthouse in Urbana, Illinois, on Friday, June 6, 2008 at 11:00.
7. Patient may travel by any means necessary per Corrections.

_____   _____
**Ernesto M. Gapasin, M.D.**   **Date Signed**
Staff Physician

EMG/ssm
D: 4-15-08
T: 4-18-08

Ernesto M. Gapasin, M.D., Staff Physician                                April 15, 2008

SUTTON, Gene Jr.                                                         Reg. No. 14710-026

SENSITIVE BUT UNCLASSIFIED