UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Docket No. 07-20009 |
| ) | |
| GENE SUTTON, ) | Honorable Michael P. McCuskey, |
| Defendant. ) | Chief U.S. District Judge |

### AGREED MOTION TO CHANGE STATUS HEARING FROM JUNE 6, 2008 TO JUNE 4, 2008

NOW COMES the defendant, GENE SUTTON, by and through his attorney, STANLEY L. HILL, and respectfully requests this Honorable Court to change status hearing from June 6, 2008 at 11:00 a.m. to June 4, 2008 at 3:30 p.m.

Respectfully submitted,

/s/ Stanley L. Hill,

Attorney for Defendant Gene Sutton

**STANLEY L. HILL & ASSOCIATES, P.C.**
651 West Washington Boulevard Suite 205
T. 312.917.8888
F. 312.781.9401
E. stanhill@core.com
W. stanhilllaw.com