UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Docket No. 07-20009 |
| ) | |
| GENE SUTTON, ) | Honorable Michael P. McCuskey, |
| Defendant. ) | Chief U.S. District Judge |

To: Eugene L. Miller, Assistant United States Attorney-Central District of Illinois, Urbana Federal Building and U.S. Courthouse, 201 South Vine Street, Suite 226 Urbana, Illinois 61802-3369

## CERTIFICATE OF SERVICE

Stanley L. Hill, an attorney, certifies that he caused a copy of this Notice of Filing and Agreed Motion to Change Status Hearing From June 6, 2008 to June 4, 2008 to be filed with the Clerk of the Court via the CM/ECF e-filing system which sent electronic notification of the filing the same day to the above-addressed persons, and by mailing a true and correct copy of those listed above at their respective address by depositing same in the U.S. Mail chute at 651 West Washington Boulevard, Chicago, on May 30, 2008, with proper postage prepaid..

/s/ Stanley L. Hill

STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard Suite 205
Chicago, Illinois 60661
T. (312) 917-8888
F. (312) 781-9401
E. stanhill@core.com
W. stanhilllaw.com